# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Sanchez Garza,<br><br>    Petitioner,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>    Respondents. | No. CV-19-04868-PHX-ROS<br><br>**ORDER** |

On September 21, 2020, Magistrate Judge John Z. Boyle issued a Report and Recommendation ("R&R") recommending the petition for writ of habeas corpus be denied. (Doc. 17). Petitioner did not file any objections to the R&R. Therefore, the R&R will be adopted in full. *See Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[D]istrict courts are not required to conduct any review at all . . . of any issue that is not the subject of an objection.").

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 17) is **ADOPTED IN FULL**. The Amended Petition for Writ of Habeas Corpus (Doc. 11) is **DENIED**. The Clerk of Court shall enter a judgment of dismissal with prejudice.

…

…

…

…

**IT IS FURTHER ORDERED** a Certificate of Appealability is **DENIED** because Petitioner has not made a substantial showing of the denial of a constitutional right.

Dated this 23rd day of October, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge